```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DOMINICK I. GOLIO,

                       Plaintiff                06 CV 1691 (RPP)

- against -

                                             **ORDER**

CITY OF WHITE PLAINS, CITY OF WHITE
PLAINS POLICE DEPARTMENT, CITY OF
WHITE PLAINS POLICE OFFICERS, BADGE
151 JENNIFER SUGGS, BADGE UNKNOWN
F/N/U LOPEZ, AND DOE ONE THROUGH
FIVE

                       Defendants.
-----------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

      In view of Federal Rules of Civil Procedure 26(a), 26(e), and 37(c), the Plaintiffs should be prepared to explain why each of Plaintiff's proposed exhibits were properly disclosed to Defendants.

IT IS SO ORDERED.

Dated:  New York, New York
          November 4, 2009

                                                          Robert P. Patterson, Jr.

                                                          U.S.D.J.

Copies of this order were faxed to:

George David Wachtel
Ronald L. Kuby, Law Office
119 West 23rd Street
Suite 900
New York , NY 10011
(212) 529-0223
Fax: (212) 529-0644

Joseph Anthony Maria
Joseph A. Maria, P.C.
301 Old Tarrytown Road
White Plains , NY 10603
914-684-0333
Fax: 914-684-9772